UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC | § § § | CASE NO. 15-34287 (MI) |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |
| RICHARD SCHMIDT, LITIGATION TRUSTEE, | § § | |
| PLAINTIFF, | § § | |
| | § | |
| v. | § | ADVERSARY NO. 4:19-AP-03460 |
| | § | |
| MIND, BODY AND SOUL CO. LTD., HUANG LAI TSU HSIA, SHLOIME WAGSCHAL, DRESDEN INVESTMENTS LTD., ESTATE OF MARCOS KATZ, AND ADELA KATZ, | § § § § § | |
| | § | |
| DEFENDANTS. | § | |

**PLAINTIFF'S NOTICE REGARDING SERVICE**

Plaintiff Richard Schmidt, Litigation Trustee, files this notice to inform the Court regarding service on Defendants Mind, Body and Soul Co. Ltd., Huang Lai Tsu Hsia, Shloime Wagschal, Dresden Investments Ltd., Estate of Marcos Katz, and Adela Katz. Each of these Defendants is located in a foreign jurisdiction and must be served pursuant to the Hague Convention.

To accomplish service, Trustee's counsel has engaged Judicial Process and Support, Inc., which is a process serving company that specializes in serving process internationally under the Hague Convention. Judicial Process and Support, Inc. has recently executed affidavits regarding its attempt at service on Defendant Dresden Investments Ltd. (Exhibit A), and Mind, Body and Soul Co. Ltd. and Huang Lai Tsu Hsia (Exhibit B).

Judicial Process and Support, Inc. is continuing to serve all Defendants in this matter, and the Trustee will update the Court as appropriate.

883864.2

Respectfully submitted,

By: _/s/ Craig Smyser_
    SMYSER KAPLAN & VESELKA, L.L.P.
    Craig Smyser
    Attorney-in-Charge
    Texas Bar No. 18777575
    Fed. Bar No. 848
    csmyser@skv.com
    700 Louisiana, Suite 2300
    Houston, Texas 77002
    713-221-2300
    713-221-2320 (fax)

Of Counsel:

SMYSER KAPLAN & VESELKA, L.L.P.
Jeff Potts
Texas Bar No. 00784781
Fed. Bar No. 16504
Justin Waggoner
Texas Bar No. 24003122
Fed. Bar No. 23098
700 Louisiana, Suite 2300
Houston, Texas 77002
713-221-2300
713-221-2320 (fax)
jpotts@skv.com
jwaggoner@skv.com

OKIN ADAMS LLP
Matthew Okin
Texas Bar No. 00784695
Fed. Bar No. 15204
David Curry, Jr.
Texas Bar No. 24065107
Fed. Bar No. 975482
1113 Vine St., Suite 201
Houston, Texas 77002
713-228-4100
888-865-2118
mokin@okinadams.com
dcurry@okinadams.com

**ATTORNEYS FOR TRUSTEE**

2

883864.2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this document has been served on counsel of record via the Court's CM/ECF system and email on the 15th day of August, 2019.

/s/ Jeff Potts
Jeff Potts

883864.2