B 250A (Rev. 8/96)

# UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF _____

**In re**                                                                                           Bankruptcy Case No. 15-34287 (MI)

    Black Elk Energy Offshore Operations   **Debtor**

    Richard Schmidt, Litigation Trustee   **Plaintiff**

Adversary Proceeding No. 4:19-ap-03460

    Mind, Body And Soul Co., Ltd., Huang Lai Tsu Hsia, Shloime Wagschal, Dresden Investments, Ltd., Estate Of Marcos Katz, and Adela Katz   **Defendant**

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after service of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk
>     Bob Casey Federal Courthouse
>     515 Rusk Street
>     Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
>     Jeff Potts, Smyser Kaplan & Veselka , LLP, 717 Texas Avenue, Suite 2800, Houston, Texas  77002
>     Matthew Okin, David Curry, Jr., Okin Adams, 1113 Vine Street, Suite 201, Houston, Texas  77002

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



*David J. Bradley, Clerk of Court*

Date: December 11, 2019

*s/ S. Shelby*
*Signature of Clerk or Deputy Clerk*